IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| RICHARD RAWLINS, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | 6:15-cv-00011-JO <br><br><br> ORDER |

JONES, J.,

This matter is before the court on the joint motion of the parties to dismiss this action with prejudice. [# 19]. The motion is GRANTED.

IT IS SO ORDERED this 18th day of February, 2016.

Robert E. Jones
United States District Judge